UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Sandrine Nambouh
        Plaintiff

CIVIL ACTION

NO. 10-11838

V.

Defendant

Weltman, Weinberg, and Reis CO., L.P.A

## STIPULATION FOR DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with prejudice and without costs.

Dated this __26__ day of __January, 2011__.

Attorney for Plaintiff

Attorney for Defendant

(DismissalStipulation.wpd - 2/2000)